**RESNICK & LOUIS, P.C.**
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
scavaco@rlattorneys.com
8925 West Russel Rd., Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
Attorneys for Defendant,
*Westcor Land Title Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE ALTERNATIVE LOAN TRUST 2005-62, MORTGAGE PASS-THROUGH CERTIFICATES<br><br>*Plaintiff,*<br><br>V.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY,<br><br>*Defendant,* | Civil Action No. 2:19-cv-00517-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT WESTCOR LAND TITLE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

IT IS HEREBY STIPULATED by and between Plaintiff THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE ALTERNATIVE LOAN TRUST 2005-62, MORTGAGE PASS-THROUGH CERTIFICATES and Defendant WESTCOR LAND TITLE INSURANCE COMPANY, by and through their respective attorneys of record, that Defendant may have an extension of time up to and including June 4, 2019 to respond to Plaintiff's Complaint.

Defendant is asking for this extension because counsel has been recently retained and requires additional time to assess and respond to Plaintiff's complaint.

DATED this 21st day of May, 2019.

WRIGHT, FINLAY & ZAK, LLP

/s/ Lindsay D. Robbins, Esq.
_____
LINDSAY D. ROBBINS, ESQ.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Attorneys for Plaintiff,
*The Bank Of New York Mellon, F/K/A The Bank Of New York, As Trustee On Behalf Of The Alternative Loan Trust 2005-62, Mortgage Pass-Through Certificates*

DATED this 21st day of May, 2019.

RESNICK & LOUIS, P.C.

/s/ Sue Trazig Cavaco, Esq.
_____
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
8925 West Russell Rd., Suite 220
Las Vegas, NV 89148
Attorneys for Defendant,
*Westcor Land Title Insurance Company*

# ORDER

IT IS HEREBY ORDERED that Defendant, WESTCOR LAND TITLE INSURANCE COMPANY, is granted an extension, up to and including June 4, 2019 to respond to Plaintiff's Complaint.

DATED: May 22, 2019

_____
United States Magistrate Judge

**Respectfully Submitted By:**

**RESNICK & LOUIS, P.C.**

*/s/ Sue Trazig Cavaco, Esq.*
_____
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
8925 West Russell Rd., Suite 220
Las Vegas, NV 89148
Attorneys for Defendant,
*Westcor Land Title Insurance Company*