WRIGHT, FINLAY & ZAK, LLP
Matthew S. Carter, Esq.
Nevada Bar No. 9524
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon FKA The Bank of New York As Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-62 Mortgage Pass-through Certificates Series 2005-62*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-62 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-62,<br><br>Plaintiff,<br><br>vs.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-00517-RFB-NJK<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [ECF No. 8]<br><br>[Frist Request] |

Plaintiff, The Bank of New York Mellon FKA The Bank of New York As Trustee for the Certificate holders CWALT, Inc. Alternative Loan Trust 2005-62 Mortgage Pass-through Certificates Series 2005-62 ("BONY"), and Westcor Land title Insurance Company ("Westcor"), by and through their respective attorneys of records, hereby agree and stipulate as follows.

1. On June 4, 2019, Westcor filed a Notice of Motion and Motion to Dismiss Plaintiff's First Complaint Pursuant to FRCP 12(B)(6) [ECF No. 8] ("Motion");

2. BONY's response to Westcor's Motion is due June 18, 2019;

3. BONY's counsel is requesting an additional fourteen (14) days to file its response to Westcor's Motion, and thus requests up to July 2, 2019, to file an Opposition;

4. This extension is requested to allow Counsel for BONY additional time to review and respond to the points and authorities cited to in Westcor's Motion.

5. Counsel for Westcor does not oppose this extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 6 of June, 2019.

WRIGHT, FINLAY & ZAK, LLP

Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff The Bank of New York Mellon FKA The Bank of New York As Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-62 Mortgage Pass-through Certificates Series 2005-62*

DATED this 6th of June, 2019.

RESNICK & LOUIS, P.C.

Sue Trazig Cavaco, Esq.
Nevada Bar No. 6150
Emily Navasca, Esq.
Nevada Bar No. 13202
8925 West Russel Rd., Suite 220
Las Vegas, NV 89148
*Attorneys for Defendant, Westcor Land Title Insurance Company*

Case No.: 2:19-cv-00517-RFB-NJK

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 7th day of June, 2019.