**RESNICK & LOUIS, P.C.**
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
scavaco@rlattorneys.com
8925 West Russel Rd., Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
Attorneys for Defendant,
*Westcor Land Title Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE ALTERNATIVE LOAN TRUST 2005-62, MORTGAGE PASS-THROUGH CERTIFICATES | Civil Action No. 2:19-cv-00517-RFB-NJK |
| *Plaintiff,* | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT WESTCOR LAND TITLE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| WESTCOR LAND TITLE INSURANCE COMPANY, | (First Request) |
| *Defendant,* | |

IT IS HEREBY STIPULATED by and between Plaintiff THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE ALTERNATIVE LOAN TRUST 2005-62, MORTGAGE PASS-THROUGH CERTIFICATES ("Plaintiff") and Defendant WESTCOR LAND TITLE INSURANCE COMPANY ("Westcor"), by and through their respective attorneys of record stipulate as follows:

1. Westcor filed a Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)(6) ("MTD") on June 4, 2019. [EFC No. 8].
2. Per stipulation and order, Plaintiff's response was due on or by July 2, 2019.

3. Plaintiff did indeed file its Opposition to the MTD on July 2, 2019. [Doc. 13].

4. Westcor's reply brief is currently due on or by July 9, 2019.
5. Westcor's counsel requests additional time to file its reply brief, specifically until July 22, 2019.

6. This extension is requested so as to afford Westcor's counsel enough time to review and respond to the Opposition [Doc. 13] based upon counsel's current caseload and schedule.

1

7. Plaintiff's counsel does not oppose this continuance.

8. This is the first such request for an extension and is made in good faith.

**IT IS SO STIUPULATED.**

DATED this 9th day of July, 2019.          DATED this 9th day of July, 2019.

WRIGHT, FINLAY & ZAK, LLP          RESNICK & LOUIS, P.C.

*/s/ Lindsay D. Robbins, Esq.*          */s/ Sue Trazig Cavaco, Esq.*

_____          _____
LINDSAY D. ROBBINS, ESQ.          SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 13474          Nevada Bar No. 6150
7785 W. Sahara Ave., Suite 200          8925 West Russell Rd., Suite 220
Las Vegas, NV 89117          Las Vegas, NV 89148
Attorneys for Plaintiff,          Attorneys for Defendant,
*The Bank Of New York Mellon, F/K/A The*          *Westcor Land Title Insurance Company*
*Bank Of New York, As Trustee On Behalf Of*
*The Alternative Loan Trust 2005-62, Mortgage*
*Pass-Through Certificates*

## ORDER

IT IS HEREBY ORDERED that Defendant, WESTCOR LAND TITLE INSURANCE

COMPANY, is granted an extension, up to and including July 22, 2019 to respond to Plaintiff's

Opposition to Defendant's Motion to Dismiss [ECF No. 13].

DATED: this 10th day of July, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**Respectfully Submitted By:**

**RESNICK & LOUIS, P.C.**

*/s/ Sue Trazig Cavaco, Esq.*

_____
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
8925 West Russell Rd., Suite 220
Las Vegas, NV 89148
Attorneys for Defendant,
*Westcor Land Title Insurance Company*