WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon FKA The Bank of New York As Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-62 Mortgage Pass-through Certificates Series 2005-62*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-62 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-62, <br><br> Plaintiff, <br> vs. <br><br> WESTCOR LAND TITLE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:19-cv-00517-RFB-NJK <br><br> **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Plaintiff, The Bank of New York Mellon FKA The Bank of New York As Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-62 Mortgage Pass-through Certificates Series 2005-62 (hereinafter referred to as "Plaintiff"), by and through its attorneys of record of the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Christopher Alan James Swift, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP.

///

Wright Finlay & Zak, LLP, will continue to represent Plaintiff and request that Lindsay D. Robbins, Esq. receive all future notices.

DATED this 30th day of July, 2019.

                                        WRIGHT, FINLAY & ZAK, LLP

                                        */s/ Lindsay D. Robbins, Esq.*
                                        Lindsay D. Robbins, Esq.
                                        Nevada Bar No. 13474
                                        7785 W. Sahara Ave., Suite 200
                                        Las Vegas, NV 89117
                                        *Attorney for Plaintiff, The Bank of New York Mellon FKA The Bank of New York As Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-62 Mortgage Pass-through Certificates Series 2005-62*

IT IS SO ORDERED.
Dated: July 31, 2019

.
.

_____
Nancy J. Koppe
United States Magistrate Judge