1  WRIGHT, FINLAY & ZAK, LLP
   Matthew S. Carter, Esq.
2  Nevada Bar No. 9524
3  Lindsay D. Robbins, Esq.
   Nevada Bar No. 13474
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
5  (702) 475-7967; Fax: (702) 946-1345
6  lrobbins@wrightlegal.net
   *Attorneys for Plaintiff, The Bank of New York Mellon FKA The Bank of New York As Trustee for
7  the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-62 Mortgage Pass-through
   Certificates Series 2005-62*
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-62 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-62,<br><br>Plaintiff,<br><br>vs.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-00517-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 8] UNDER LR 7-2(G) [ECF No. 32]**<br><br>**[First Request]** |

Plaintiff, The Bank of New York Mellon FKA The Bank of New York As Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-62 Mortgage Pass-Through Certificates Series 2005-62 (hereinafter "BONY"), and Defendant Westcor Land Title Insurance Company, ("Westcor") (collectively, the "Parties"), by and through their counsel of record, hereby agree and stipulate as follows.

1. On November 13, 2019, Westcor filed a Motion to File Supplemental Authority in Support of Motion to Dismiss [ECF No. 8] Under LR 7-2(g) [ECF No. 32];

2. BONY's response to Westcor's Motion is due November 27, 2019;

3. BONY's counsel is requesting an extension until December 11, 2019 to file its response to Westcor's Motion.

4. This extension is requested as Counsel for BONY will be out-of-office during the current deadline of November 27, 2019, returning to work the week of December 9, 2019.

5. Counsel for Westcor does not oppose the extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 21st day of November, 2019.  DATED this 21st day of November, 2019.

**WRIGHT, FINLAY & ZAK, LLP**      **RESNICK & LOUIS, P.C.**

/s/ Lindsay D. Robbins             /s/ Sue Trazig Cavaco
Lindsay D. Robbins, Esq.           Sue Trazig Cavaco, Esq.
Nevada Bar No. 13474               Nevada Bar No. 6150
7785 W. Sahara Ave., Suite 200     Emily Navasca, Esq.
Las Vegas, NV 89117                Nevada Bar No. 13202
*Attorney for Plaintiff The Bank of New York*   8925 West Russel Rd., Suite 220
*Mellon FKA The Bank of New York As*            Las Vegas, NV 89148
*Trustee for the Certificateholders CWALT,*     *Attorneys for Defendant, Westcor Land Title*
*Inc. Alternative Loan Trust 2005-62*           *Insurance Company*
*Mortgage Pass-through Certificates Series*
*2005-62*

**IT IS SO ORDERED.**

Dated this  27th  day of   November  , 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE