1  WRIGHT, FINLAY & ZAK, LLP
   Lindsay D. Robbins, Esq.
2  Nevada Bar No. 13474
3  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
4  (702) 475-7967; Fax: (702) 946-1345
   lrobbins@wrightlegal.net
5
   *Attorneys for Plaintiff, The Bank of New York Mellon FKA The Bank of New York As Trustee for*
6  *the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-62 Mortgage Pass-through*
   *Certificates Series 2005-62*
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-62 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-62,<br><br>Plaintiff,<br><br>vs.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-00517-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 8] UNDER LR 7-2(G)**<br><br>[Second Request] |

Plaintiff, The Bank of New York Mellon FKA The Bank of New York As Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-62 Mortgage Pass-Through Certificates Series 2005-62 (hereinafter "BONY"), and Defendant Westcor Land Title Insurance Company, ("Westcor") (collectively, the "Parties"), by and through their counsel of record, hereby agree and stipulate as follows.

1. On November 13, 2019, Westcor filed a Motion to File Supplemental Authority in Support of Motion to Dismiss [ECF No. 8] Under LR 7-2(g) [ECF No. 32];

2. BONY's response to Westcor's Motion is due December 11, 2019;

3. BONY's counsel is requesting an extension until December 18, 2019 to file its response to Westcor's Motion.

4. This extension is requested as Counsel for the Parties are currently investigating the potential of staying the litigation and/or discovery which would eliminate the need to file a response to Westcor's Motion, thus conserving on judicial resources.

5. Counsel for Westcor does not oppose the extension;

6. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 11th day of December, 2019.    DATED this 11th day of December, 2019.

**WRIGHT, FINLAY & ZAK, LLP**    **RESNICK & LOUIS, P.C.**

*/s/ Lindsay D. Robbins*    */s/ Sue Trazig Cavaco*
Lindsay D. Robbins, Esq.    Sue Trazig Cavaco, Esq.
Nevada Bar No. 13474    Nevada Bar No. 6150
7785 W. Sahara Ave., Suite 200    Emily Navasca, Esq.
Las Vegas, NV 89117    Nevada Bar No. 13202
*Attorney for Plaintiff The Bank of New York*    8925 West Russel Rd., Suite 220
*Mellon FKA The Bank of New York As*    Las Vegas, NV 89148
*Trustee for the Certificateholders CWALT,*    *Attorneys for Defendant, Westcor Land Title*
*Inc. Alternative Loan Trust 2005-62*    *Insurance Company*
*Mortgage Pass-through Certificates Series*
*2005-62*

**IT IS SO ORDERED.**

Dated this  12th   day of  December   , 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE