**RESNICK & LOUIS, P.C.**
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
scavaco@rlattorneys.com
8925 West Russell Rd., Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
Attorneys for Defendant,
*Westcor Land Title Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE ALTERNATIVE LOAN TRUST 2005-62, MORTGAGE PASS-THROUGH CERTIFICATES<br><br>Plaintiff,<br><br>v.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.<br>2:19-cv-00517-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT WESTCOR LAND TITLE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S OPPOSITON TO DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITIES AND COUNTERMOTION TO STAY LITIGATION [ECF NO. 37]**<br><br>**(First Request)** |

Plaintiff, The Bank Of New York Mellon, F/K/A The Bank Of New York, As Trustee On Behalf Of The Alternative Loan Trust 2005-62, Mortgage Pass-Through Certificates (hereinafter "BONY"), and Defendant Westcor Land Title Insurance Company, ("Westcor"), (collectively, the "Parties"), by and through their respective attorneys of records, hereby agree and stipulate as follows.

1. On November 12, 2019, Westcor filed a Notice of Motion and Motion to file supplemental authority in support of Motion to Dismiss [ECF No. 8] ("Motion");

2. BONY's response to Westcor's Motion was filed on December 18, 2019;

3. Westcor's reply to the response and countermotion is due December 25, 2019;

1

4. Westcor's counsel is requesting additional time to file its reply to BONY's response and respond to the countermotion, and thus requests up to January 10, 2020, to file these documents;

4. This extension is requested to allow Counsel for Westcor additional time to review and respond to the points and authorities cited to in BONY's response and the countermotion in light of the holidays.

5. Counsel for BONY does not oppose this extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 24th day of December, 2019. | DATED this 24th day of December, 2019. |
| WRIGHT, FINLAY & ZAK, LLP | RESNICK & LOUIS, P.C. |
| */s/Lindsay D. Robbins* | */s/Sue Trazig Cavaco* |
| LINDSAY D. ROBBINS, ESQ. | SUE TRAZIG CAVACO, ESQ. |
| Nevada Bar No. 13474 | Nevada Bar No. 6150 |
| 7785 W. Sahara Ave., Suite 200 | 8925 West Russell Rd., Suite 220 |
| Las Vegas, NV 89117 | Las Vegas, NV 89148 |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| The Bank Of New York Mellon, F/K/A The Bank Of New York, As Trustee On Behalf Of The Alternative Loan Trust 2005-62, Mortgage Pass-Through Certificates | Westcor Land Title Insurance Company |

**ORDER**

IT IS HEREBY ORDERED that Defendant, WESTCOR LAND TITLE INSURANCE COMPANY, is granted an extension, up to and including January 10, 2020 to address BONY's response and respond to the countermotion [ECF No. 37].

DATED: ___January 3, 2020___

_____
UNITED STATES DISTRICT JUDGE

2

**Respectfully Submitted By:**

**RESNICK & LOUIS, P.C.**

*/s/Sue Trazig Cavaco*
_____
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
8925 West Russell Rd., Suite 220
Las Vegas, NV 89148
Attorneys for Defendant,
*Westcor Land Title Insurance Company*