**RESNICK & LOUIS, P.C.**
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
scavaco@rlattorneys.com
8925 West Russell Road, Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
Attorneys for Defendant,
*Westcor Land Title Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE ALTERNATIVE LOAN TRUST 2005-62, MORTGAGE PASS-THROUGH CERTIFICATES <br><br> Plaintiff, <br><br> v. <br><br> WESTCOR LAND TITLE INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 2:19-cv-00517-RFB-NJK <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT WESTCOR LAND TITLE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S OPPOSITON TO DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITIES AND COUNTERMOTION TO STAY LITIGATION [ECF NO. 37]** <br><br> **(Second Request)** |

Plaintiff, The Bank Of New York Mellon, F/K/A The Bank Of New York, As Trustee On Behalf Of The Alternative Loan Trust 2005-62, Mortgage Pass-Through Certificates (hereinafter "BONY"), and Defendant Westcor Land Title Insurance Company, ("Westcor"), (collectively, the "Parties"), by and through their respective attorneys of records, hereby agree and stipulate as follows.

1.     On November 12, 2019, Westcor filed a Notice of Motion and Motion to file Supplemental Authority [ECF No. 32] in Support of Motion to Dismiss [ECF No. 8] ("Motion");

2.     BONY's filed its Opposition [ECF No. 38] to Westcor's Motion and Countermotion to Stay Litigation [ECF No. 39] on December 18, 2019;

3.     Westcor's Reply and Response to the Countermotion was due on December 25, 2019 (hereinafter "Responses");

4.      On December 24, 2019, a First Stipulation and Order extending the time for Westcor's Responses [ECF No. 39] was filed due to the upcoming holidays;

5.      On January 1, 2020 the Court granted this request, allowing Westcor up to January 10, 2020, to file its Responses [ECF No. 41];

6.      Westcor is currently considering whether a stipulation to stay litigation pending the appeal to the Ninth Circuit in a related matter is warranted in this case, which would no longer necessitate a response to the pending motions. However, counsel for Westcor needs additional time to discuss the proposed stipulation with its client representative;

7.      As such, the Parties request an extension until January 17, 2020 for Westcor to file its Responses;

8.      This extension is requested to allow Westcor to consider the proposed stipulation to stay litigation and if a stipulation cannot be reached, to review and respond to the points and authorities cited to in BONY's Opposition and Countermotion;

9.      Counsel for BONY does not oppose the extension; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

10.     This is the second request for an extension is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 10th day of January, 2020.          DATED this 10th day of January, 2020.

WRIGHT, FINLAY & ZAK, LLP          RESNICK & LOUIS, P.C.


   */s/ Lindsay D. Robbins*                            */s/ Sue Trazig Cavaco*
LINDSAY D. ROBBINS, ESQ.          SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 13474          Nevada Bar No. 6150
7785 W. Sahara Avenue, Suite 200          8925 West Russell Road, Suite 220
Las Vegas, NV 89117          Las Vegas, NV  89148
Attorneys for Plaintiff,          Attorneys for Defendant,
The Bank Of New York Mellon, F/K/A          Westcor Land Title Insurance Company
The Bank Of New York, As Trustee On
Behalf Of The Alternative Loan Trust
2005-62, Mortgage Pass-Through Certificates

## <u>ORDER</u>

IT IS HEREBY ORDERED that Defendant, WESTCOR LAND TITLE INSURANCE COMPANY, is granted an extension, up to and including January 17, 2020 to address BONY's Opposition [ECF No. 37] and respond to the Countermotion [ECF No. 38].

DATED:  January 13, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE