WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
yli@wrightelegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon FKA The Bank of New York As Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-62 Mortgage Pass-through Certificates Series 2005-62*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-62 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-62,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.: 2:19-cv-00517-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

　　　PLEASE TAKE NOTICE that Plaintiff, The Bank of New York Mellon FKA The Bank of New York As Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-62 Mortgage Pass-through Certificates Series 2005-62 and Defendant, Westcor Land Title Insurance Company, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

1   IT IS HEREBY STIPULATED AND AGREED that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), any and all claims in this action shall be dismissed WITH PREJUDICE.

IT IS FURTHER STIPULATED AND AGREED that each party shall be responsible for its own fees and costs.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 30th day of April, 2024. | DATED this 30th day of April, 2024. |
| WRIGHT, FINLAY & ZAK, LLP | MAURICE WOOD |
| /s/ Yanxiong Li, Esq | /s/ Brittany Wood, Esq. |
| Yanxiong Li, Esq. | Aaron R. Maurice, Esq. |
| Nevada Bar No. 12807 | Nevada Bar No. 6412 |
| 7785 W. Sahara Ave., Suite 200 | Brittany Wood, Esq. |
| Las Vegas, NV 89117 | Nevada Bar No. 7562 |
| *Attorney for Plaintiff, The Bank of New York Mellon FKA The Bank of New York As Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-62 Mortgage Pass-through Certificates Series 2005-62* | 8250 West Charleston Blvd., Suite 100 Las Vegas, NV 89117 *Attorneys for Defendant, Westcor Land Title Insurance Company* |

**ORDER**

IT IS SO ORDERED.

DATED: May 1, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE